UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

KAMAL CHEIKHAOUI,

               Plaintiff,

  -against-

THE CITY OF NEW YORK, APPLE, INC., OMNISCIENT INVESTIGATIONS CORP. d/b/a OIC SECURITY, POLICE OFFICER SALVATORE PROVENZANO (Shield No. 4319), LIEUTENANT NAKWAN BRATHWAITE (Tax No. 948692), POLICE OFFICER RUSSELL BAST (Shield No. 19049), POLICE OFFICER YELENA AST (Shield No. 19612), POLICE OFFICER BRANDON LAU (Shield No. 5887), POLICE OFFICER RAWDI ALI (Shield No. 15811), POLICE OFFICER "JOHN DOE", and BRIAN PLUNKETT,

               Defendants.

------------------------------------------------------------X

Case No.: 1:22-cv-08855-CM

**AFFIDAVIT OF SERVICE**

Yousra DePalma, being duly sworn, deposes and says:

I am not a party to the action, is over 18 years of age and has his/her primary place of business in New York City, New York. That on December 27, 2023 deponent served the within **OUR FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS and OUR FIRST SET OF INTERROGATORIES TO PLAINTIFF**, upon all attorneys of record via the New York State Courts Electronic Filing System ("NYSCEF") pursuant to the regulations governing the NYSCEF System (22NYCRR§§202.5-b, 206.5-aa, 207.4-a) and the procedures of the NYSCEF System as reflected in the *User's Manual* approved by the Chief Administrator of the Courts and posted on the NYSCEF website.

*Yousra A. DePalma*
_____
Yousra A. DePalma

Sworn and Subscribed to Before Me
on This 27th Day of December 2023.

MELINA L. EL
Notary Public, State of New York
No. 01EL6188440
Qualified in New York County
Commission Expires 06/09/2024