

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**KELLYANNE HOLOHAN**
*Assistant Corporation Counsel*
phone: (212) 356-2249
fax: (212) 356-3509
kholohan@law.nyc.gov

August 19, 2025

**VIA ECF**
Honorable Stewart D. Aaron
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl
New York, New York 10007

      RE:    *Kamal Cheikaoui, et al., v. City of New York, et al.*, 22 Civ. 8855(CM)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney assigned to the defense of the above-referenced matter. I write to respectfully request that the Court extend the deadline for City Defendants[1] to submit their pre-conference submissions in advance of the August 26, 2025 settlement conference from today to August 21, 2025. *See* Civil Docket Entry No. 101. Plaintiff's counsel, Phillip Hines, Esq., and Douglas LaBarbera, Esq., counsel for defendant Salvatore Provenzano, consent to this request.

      By way of brief background, on October 17, 2022, plaintiff initiated the instant action alleging, *inter alia*, that, on October 19, 2021, he was subjected to false arrest and excessive force while at an Apple store at 1981 Broadway New York, New York, and that he was maliciously prosecuted thereafter. *See* Civil Docket Entry No. 1. Plaintiff also brings a purported *Monell* claim against the City of New York. *Id*. Plaintiff filed an amended complaint on November 22, 2022. *See* Civil Docket Entry No. 35. An answer on behalf of defendants City of New York, Rawdi Ali, Yelena Ast, Russell Bast, Nakwan Brathwaite, and , Brandon Lau was filed on May 22, 2023. *See* Civil Docket Entry Nos. 48, 49, and 52. On July 22, 2025, the parties requested a settlement conference, which the Court granted. See Civil Docket Entry No.

---

[1] "City Defendants" refers to defendants City of New York, Rawdi Ali, Yelena Ast, Russell Bast, Nakwan Brathwaite, and Brandon Lau.

99, 100. On July 25, 2025 the settlement conference was scheduled for August 26, 2025. *See* Civil Docket Entry No. 101.

Due to a calendaring error, the undersigned mistook today as the deadline for an initial, internal draft, rather than a final submission. As such, a brief extension of time is necessary for the undersigned to finalize City Defendants' pre-conference submissions in accordance with Your Honor's Individual Rules and Practices.

Thank you for your consideration in this regard.

Respectfully submitted,

*/s/KellyAnne Holohan*
KellyAnne Holohan
Assistant Corporation Counsel

cc: *All Counsel of Record*